## MALLORY et al. v. NORTH CAROLINA.

No. 81, Misc.   Decided October 11, 1965.

*Walter S. Haffner* for appellants.

*T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## KADANS v. DICKERSON et al.

No. 399, Misc.   Decided October 11, 1965.

*Joseph M. Kadans,* appellant, *pro se.*

*Paul C. Parraguirre* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.